

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| FORD MOTOR COMPANY AND THE SEWELL FAMILY OF COMPANIES,INC., | § § § | No. 08-14-00171-CV |
| Appellants, | § | Appeal from the |
| V. | § | 143rd Judicial District Court |
| MARY TARANGO, INDIVIDUALLY AND AS SURVIVING SPOUSE OF MANUAL GASTON TARANGO, DECEASED; MARISSA TARANGO, et al., | § § | of Reeves County, Texas (TC# 12-07-20190-CVR) |
| Appellees. | | |

## **J U D G M E N T**

The Court has considered this cause on the joint motion to dismiss appeal and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. Costs of the appeal are taxed against the Appellants. *See* TEX.R.APP.P. 42.1(d). This decision shall be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF SEPTEMBER, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez and Hughes, JJ.